

# United States District Court
# Eastern District of California

Andre Jackson

Plaintiff(s)

V.

Union Pacific Railroad Company

Defendant(s)

Case Number: 2:26-cv-00575 DAD DMC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Colin Reeves hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Andre Jackson

On 07/20/2018 (date), I was admitted to practice and presently in good standing in the

New York (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: 02/25/2026

Signature of Applicant: /s/ Colin Reeves

**Pro Hac Vice Attorney**

Applicant's Name: Colin Reeves

Law Firm Name: Apollo Law LLC

Address: 333 Washington Avenue North

Suite 300

City: Minneapolis    State: MN    Zip: 55401

Phone Number w/Area Code: (646) 363-6763

City and State of Residence: Minneapolis, MN

Primary E-mail Address: colin@apollo-law.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Adam W. Hansen

Law Firm Name: Apollo Law LLC

Address: 333 Washington Avenue North

Suite 300

City: Minneapolis    State: MN    Zip: 55401

Phone Number w/Area Code: (612) 927-2969    Bar # 264241

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 3, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT